BOSTON, CONCORD & MONTREAL RAILROAD *v.* STATE.

When a railroad tax is reduced on appeal, the amount abated is allowed on a subsequent tax.

APPEAL, from the assessment of the plaintiffs' tax of 1881. The sum of $2,331.10 was abated, which the plaintiffs asked to have applied upon the balance of $4,255.68 due to the state upon their tax of 1880.

*D. Barnard*, for the plaintiffs.

*E. G. Eastman*, for the state.

By THE COURT. A railroad corporation is required to pay its tax to the state treasurer, notwithstanding it has applied to the supreme court for an abatement of the same. If judgment shall be rendered for any reduction, "the state treasurer shall credit and allow the same upon the tax against said railroad corporation collectible next subsequent to such judgment." Laws 1881, *c.* 53, *s.* 1. The statute is mandatory.

*Motion denied.*

All concurred.